IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01682-BNB

ROGER SCOTT BLACKBURN,

    Applicant,

v.

EL PASO CO., COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant Roger Scott Blackburn initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to § 2254. In an order filed on August 9, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Blackburn to cure a deficiency if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Blackburn to submit a certified copy of his inmate trust fund account statement in support of his *in forma pauperis* motion. Mr. Blackburn was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days. On September 13, 2007, Magistrate Judge Boland entered a minute order directing the clerk of the Court to mail a copy of the August 9 order to Mr. Blackburn at his new address and granting Mr. Blackburn an additional thirty days to cure the deficiency.

Mr. Blackburn has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's August 9 order. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure the deficiency. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action is denied as moot.

DATED at Denver, Colorado, this 29 day of  Oct. , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01682-BNB

Roger Scott Blackburn
Prisoner No. 127949
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By _____
        Deputy Clerk